REDACTED

FILED

AUG 17 2004
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

Prob 22 (Rev. 03/97)

| | | | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NO. (Transferring Court)<br>0:00CR00020-4(MJD) &<br>[redacted] | |
| | | DOCKET NO. (Receiving Court)<br>4:04CR00456RWS | |
| NAME AND ADDRESS OF *<br>Rodney Allan Williams<br>[redacted]<br>St. Louis, MO [redacted] | DISTRICT<br>MINNESOTA | DIVISION<br>Minneapolis | |
| | NAME OF SENTENCING JUDGE<br>Michael J. Davis | | |
| | DATES OF SUPERVISION | FROM<br>02/18/2004 | TO<br>02/17/2009 |

OFFENSE

0:00CR00020-004
Count 6: Attempted Possession With Intent to Distribute Approximately 1 Kilogram of Cocaine

0:00CR00066-001
Count 1: Possession With Intent to Distribute Approximately 500 Grams of Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Eastern District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

July 30, 2004
Date

Michael J. Davis
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

Aug 13, 2004
Effective Date

United States District Judge

SCANNED
JUL 15 2005
U.S. DISTRICT COURT ST. PAUL